**Stephen Scott MITCHELL, Plaintiff—Appellant,**

v.

**Susan TROYANOS, Senior Probation and Parole Officer, Defendant— Appellee.**

No. 09–6335.

United States Court of Appeals, Fourth Circuit.

Submitted: July 30, 2009.

Decided: Aug. 5, 2009.

Stephen Scott Mitchell, Appellant Pro Se.

Before MOTZ, KING, and DUNCAN, Circuit Judges.

**PER CURIAM:**

Stephen Scott Mitchell appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915A(b) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Mitchell v. Troyanos,* No. 2:09–cv–00049–RBS–FBS (E.D.Va. Feb. 13, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*